No. 515, Misc., October Term, 1952. BARNETT *v.* DOERFLER, SHERIFF. Motion to vacate the order denying certiorari, 345 U. S. 1000, denied.

No. 62, Misc. BAKER *v.* ELLIS, GENERAL MANAGER, TEXAS PRISON SYSTEM. Court of Criminal Appeals of Texas. Certiorari denied. Motion for leave to file petition for writ of habeas corpus also denied.

No. 11, Misc. HOPWOOD *v.* STEELE, WARDEN;

No. 17, Misc. GRAYSON *v.* WARDEN, FEDERAL CORRECTIONAL INSTITUTION;

No. 19, Misc. SPENCER *v.* DICKEY ET AL.;

No. 41, Misc. TAYLOR *v.* SWOPE, WARDEN;

No. 46, Misc. DAVIDSON *v.* KILPATRICK, DIRECTOR, HUDSON RIVER STATE HOSPITAL;

No. 52, Misc. DAVIS *v.* ELLIS, GENERAL MANAGER, TEXAS PRISON SYSTEM;

No. 54, Misc. NELSON *v.* LOONEY, WARDEN;

No. 57, Misc. BURKHOLDER *v.* UNITED STATES; and

No. 74, Misc. ELLIOTT *v.* MICHIGAN. Motions for leave to file petitions for writs of habeas corpus denied.

No. 132, Misc. TAYLOR *v.* SWOPE, WARDEN. Petition for writ of mandamus dismissed on motion of petitioner.

No. 45, Misc. EX PARTE COOPER;

No. 56, Misc. TAYLOR *v.* BROWNELL, UNITED STATES ATTORNEY GENERAL; and

No. 81, Misc. TAYLOR *v.* UNITED STATES COURT OF CLAIMS. Motions for leave to file petitions for writs of mandamus denied.

No. 13, Misc. AMERICAN AIRLINES, INC. ET AL. *v.* SLICK AIRWAYS, INC. Motion for leave to file petition for writ of certiorari to the United States District Court for